UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RODRIGUES JONES                                                                                    PLAINTIFF
#121074

V.                                              No. 3:19CV00327-JM

KEVIN MOLDER, Sheriff, Poinsett County;
STEVE ROEX, Chief Deputy, Poinsett County
Detention Center; and TRISH MARSHAL,
Jail Administrator, Poinsett County Detention Center                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE